# Third District Court of Appeal

## State of Florida

Opinion filed November 23, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2139
Lower Tribunal No. 15-1668

_____

**Publix Super Markets, Inc.,**
Appellant,

vs.

**Juan Lucas Alvarez, as Personal Representative
of the Estate and Survivors of Melvi Bayola Gonzalez, deceased,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Monica Gordo, Judge.

Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes, Adam A. Schwartzbaum and Alicia H. Welch, for appellant.

Juan Lucas Alvarez; Joel S. Perwin, for appellee.


Before, SHEPHERD, FERNANDEZ and LOGUE, JJ.

PER CURIAM.

We affirm the denial of appellant Publix Super Markets, Inc.'s Motion to Transfer Venue for forum non conveniens without prejudice to raise the issue of venue before the trial court at a later time as discovery develops.

Affirmed.